**HOLLEY DRIGGS WALCH**
**FINE WRAY PUZEY & THOMPSON**
Ogonna M. Brown, Esq. (NV Bar No. 7589)
Email: obrown@nevadafirm.com
Andrea M. Gandara, Esq. (NV Bar No. 12580)
Email: agandara@nevadafirm.com
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:   702/791-0308
Facsimile:   702/791-1912

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Jacob M. Heath (CA Bar No. 238959) (admitted *pro hac vice*)
jheath@orrick.com
Cam T. Phan (CA Bar No. 274797) (admitted *pro hac vice*)
cphan@orrick.com
1000 Marsh Road
Menlo Park, CA 94025
Telephone:   (650) 614-7400
Facsimile:   (650) 614-7401

*Pro Bono Attorneys for Antonio Ocegueda, Ines Ocegueda, Jorge Orejel, Gricelda Garcia, and Judy Jones, on behalf of themselves and all others similarly situated*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>ADEEL AMIN,<br><br>Debtor. | Case No. BK-S-15-13814-LED<br>Chapter 7 |
| OCEGUEDA CREDITORS ANTONIO OCEGUEDA, INES OCEGUEDA, JORGE OREJEL, GRICELDA GARCIA AND JUDY JONES,<br><br>Appellants,<br><br>v.<br><br>ADEEL AMIN,<br><br>Appellee. | Adv. No. BK-S-15-01172-LED<br><br>Appellate Case No. 2:15-CV-02413-MMD<br><br>**STIPULATION AND ORDER TO EXTEND TIME (FIRST REQUEST)**<br><br>**SUBMITTED IN COMPLIANCE WITH LR 6-1** |

Appellants, OCEGUEDA CREDITORS ANTONIO OCEGUEDA, INES OCEGUEDA, JORGE OREJEL, GRICELDA GARCIA AND JUDY JONES, and all others similarly situated, by and through their pro bono counsel, Ogonna M. Atamoh, Esq. and Andrea M. Gandara, Esq. of the law firm Holley, Driggs, Walch, Puzey & Thompson, and Jacob M. Heath, Esq., and Cam

1 T. Phan, Esq., of the law firm Orrick, Herrington & Sutcliffe LLP and Appellee ADEEL AMIN,
2 by and through his counsel, Zachariah Larson, Esq. and Matthew C. Zirzow, Esq. of the law firm
3 Larson & Zirzow, LLC, hereby stipulate and jointly move the court to extend the time for
4 Appellants to file their opening brief from March 5, 2016 to April 11, 2016; for Appellee to file
5 his answering brief from March 22, 2016 to April 25, 2016; and Appellants to file their reply
6 brief from April 8, 2016 to May 9, 2016.

**IT IS SO STIPULATED**

Date this 19th day of February, 2016.

HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON

_____
Ogonna M. Brown, Esq.
Nevada Bar No. 7589
Ogonna M. Brown, Esq.
Nevada Bar No. 7589
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
and
ORRICK, HERRINGTON
 & SUTCLIFFE LLP
Jacob M. Heath
(CA Bar No. 238959) (admitted *pro hac vice*)
jheath@orrick.com
Cam T. Phan
(CA Bar No. 274797) (admitted *pro hac vice*)
cphan@orrick.com
1000 Marsh Road
Menlo Park, CA 94025
*Pro Bono Attorneys for Appellants Antonio Ocegueda, Ines Ocegueda, Jorge Orejel, Gricelda Garcia, and Judy Jones, on behalf of themselves and all others similarly situated*

LARSON & ZIRZOW, LLC

_____
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
*Attorneys for Appellee Adeel Amin*

11205-01/1652455 CTP edits version 2

## ORDER

Based upon the stipulation and agreements of the parties as set forth above, and good and just cause appearing that,

**IT IS HEREBY ORDERED** that Appellants' opening brief will be due on April 11, 2016;

**IT IS FURTHER ORDERED** that Appellee's answering brief will be due on April 25, 2016 and Appellants' reply brief will be due on May 9, 2016.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
DATED: February 22, 2016

11205-01/1652455 CTP edits version 2

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Holley Driggs Walch Fine Wray Puzey & Thompson, and that on the 19th day of February, 2016, I caused to be served a true and correct copy of the **STIPULATION AND ORDER TO EXTEND TIME (FIRST REQUEST)** in the following manner:

☒ **(ELECTRONIC SERVICE)** The above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ **(UNITED STATES MAIL)** By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

☐ **(OVERNIGHT COURIER)** By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ **(FACSIMILE)** That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

/s/ [signature]
An employee of Holley Driggs Walch Fine Wray Puzey & Thompson

11205-01/1652455 CTP edits version 2